# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dawn Mitchell, | Court File No: **13-cv-02167 (JNE/FLN)** |
| Plaintiff, | |
| v. | |
| City of Minneapolis, et al., | **JOINT STIPULATION TO DISMISS MINNEAPOLIS AND ITS EMPLOYEES WITH PREJUDICE** |
| Defendants. | |

The City of Minneapolis and Plaintiff, acting by and through their attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint against Defendant City of Minneapolis, and its named and unnamed employees, with prejudice, and without costs to any party.

| | |
|---|---|
| Dated: August 4, 2017 | Dated: August 4, 2017 |
| **SAPIENTIA LAW GROUP** by: | Susan L. Segal by: |
| *s/JonathanAStrauss* Jonathan A. Strauss(#0279602) Lorenz F. Fett (#196769) Sonia Miller-Van Oort (#278087) 120 South Sixth Street, Suite100 Minneapolis, MN  55402 (612) 756-7100 Fax: 612-756-7101 | *s/GregoryPSautter* Gregory P. Sautter (#0326446) Assistant City Attorney 350 South 5th Street, Room 210 Minneapolis, MN 55415 612-673-2683 |
| *Attorneys for Plaintiff Dawn Mitchell* | *Attorneys for Defendant City of Minneapolis and its John and Jane Doe Employees* |