E0002

| MSN | Date | Time | ORI | Agency | Device | Operator | MKE | Comments |
|---|---|---|---|---|---|---|---|---|
| 086701B091 | 1/13/2011 | 23:36:59 | MN02706M1 | Edina PD | EHA018 | | QMW | NTA758 |
| 086701B558 | 2/13/2011 | 12:25:08 | MN02706M1 | Edina PD | EHA018 | | QMW | NTA758 |
| 0842009641 | 2/13/2011 | 12:26:46 | MN02706M1 | Edina PD | EHA011 | | QMW | NTA758 |
| 08430205A2 | 2/23/2011 | 14:51:00 | MN02706M1 | Edina PD | EHA012 | | QMW | NTA758 |
| 08432005F6 | 2/24/2011 | 23:04:04 | MN02706M1 | Edina PD | EHA012 | | QMW | NTA758 |
| 0942006288 | 3/8/2011 | 0:21:27 | MN02706M1 | Edina PD | EHA008 | | QMW | NTA758 |
| 086801C1B8 | 4/21/2011 | 23:18:11 | MN02706M1 | Edina PD | EHA019 | | QMW | NTA758 |
| 0842009D0F | 5/21/2011 | 0:34:47 | MN02706M1 | Edina PD | EHA011 | | QMW | NTA758 |
| 086701D8B4 | 8/30/2011 | 23:28:37 | MN02706M1 | Edina PD | EHA018 | | QMW | NTA758 |
| 093E0262DB | 9/6/2011 | 22:45:33 | MN02706M1 | Edina PD | EHA004 | | QMW | NTA758 |
| 086801E013 | 9/24/2011 | 22:49:54 | MN02706M1 | Edina PD | EHA019 | | QMW | NTA758 |
| 093E026951 | 10/10/2011 | 11:53:39 | MN02706M1 | Edina PD | EHA004 | | QMW | NTA758 |
| 093E026AFD | 10/15/2011 | 21:12:55 | MN02706M1 | Edina PD | EHA004 | | QMW | NTA758 |
| 086701F554 | 11/29/2011 | 23:17:04 | MN02706M1 | Edina PD | EHA018 | | QMW | NTA758 |
| 093F0210FC | 12/20/2011 | 23:38:03 | MN02706M1 | Edina PD | EHA005 | | QMW | NTA758 |
| 086701FE5D | 12/20/2011 | 23:57:15 | MN02706M1 | Edina PD | EHA018 | | QMW | NTA758 |
| 0866012E25 | 1/8/2010 | 23:11:52 | MN02706M1 | Edina PD | EHA017 | | QMW | NTA758 |
| 093E020ACB | 1/30/2010 | 0:05:57 | MN02706M1 | Edina PD | EHA004 | | QMW | NTA758 |
| 0843019752 | 2/14/2010 | 0:50:00 | MN02706M1 | Edina PD | EHA012 | | QMW | NTA758 |
| 0868017CD5 | 3/7/2010 | 0:31:31 | MN02706M1 | Edina PD | EHA019 | | QMW | NTA758 |
| 0842008102 | 3/26/2010 | 23:56:39 | MN02706M1 | Edina PD | EHA011 | | QMW | NTA758 |
| 086801872D | 5/10/2010 | 0:02:07 | MN02706M1 | Edina PD | EHA019 | | QMW | NTA758 |
| 093F01BBFB | 7/3/2010 | 22:33:26 | MN02706M1 | Edina PD | EHA005 | | QMW | NTA758 |
| 084301C0EE | 7/19/2010 | 18:43:13 | MN02706M1 | Edina PD | EHA012 | | QMW | NTA758 |
| 0944020835 | 8/7/2010 | 0:48:24 | MN02706M1 | Edina PD | EHA010 | | QMW | NTA758 |
| 0942005942 | 10/16/2010 | 23:12:29 | MN02706M1 | Edina PD | EHA008 | | QMW | NTA758 |
| 0846003094 | 10/18/2010 | 18:49:56 | MN02706M1 | Edina PD | EHA015 | | QMW | NTA758 |
| 086A0156D2 | 10/25/2010 | 17:44:05 | MN02706M1 | Edina PD | EHA021 | | QMW | NTA758 |
| 0842008FB4 | 11/7/2010 | 22:54:48 | MN02706M1 | Edina PD | EHA011 | | QMW | NTA758 |
| 0847018AC1 | 11/19/2010 | 14:35:55 | MN02706M1 | Edina PD | EHA016 | | QMW | NTA758 |
| 093E01997B | 1/17/2009 | 22:06:20 | MN02706M1 | Edina PD | EHA004 | | QMW | NTA758 |
| 093E01A20F | 2/10/2009 | 22:41:55 | MN02706M1 | Edina PD | EHA004 | | QMW | NTA758 |
| 093E01A87A | 2/25/2009 | 11:24:34 | MN02706M1 | Edina PD | EHA004 | | QMW | NTA758 |



EXHIBIT: 6
NAME: Edina
DATE: 6.7.17
Jane C. Norman, RPR

| | | | | | | |
|---|---|---|---|---|---|---|
| 086A01178A | 5/7/2009 | 23:03:17 | MN02706M1 | Edina PD | EHA021 | QMW | NTA758 |
| 086600E67B | 5/13/2009 | 12:06:38 | MN02706M1 | Edina PD | EHA017 | QMW | NTA758 |
| 0868015EDF | 10/1/2009 | 23:12:56 | MN02706M1 | Edina PD | EHA019 | QMW | NTA758 |
| 086A012E0D | 10/4/2009 | 22:45:06 | MN02706M1 | Edina PD | EHA021 | QMW | NTA758 |
| 0843018822 | 11/3/2009 | 14:44:35 | MN02706M1 | Edina PD | EHA012 | QMW | NTA758 |
| 0842007879 | 11/22/2009 | 0:38:35 | MN02706M1 | Edina PD | EHA011 | QMW | NTA758 |
| 093F018FD7 | 12/18/2009 | 23:34:50 | MN02706M1 | Edina PD | EHA005 | QMW | NTA758 |
| 094401CACB | 12/28/2009 | 0:08:35 | MN02706M1 | Edina PD | EHA010 | QMW | NTA758 |
| 093F01113F | 2/17/2008 | 16:58:16 | MN02706M1 | Edina PD | EHA005 | QMW | NTA758 |
| 09440153A1 | 7/8/2008 | 22:02:41 | MN02706M1 | Edina PD | EHA010 | QMW | NTA758 |
| 0847008B70 | 2/27/2007 | 23:02:35 | MN02706M1 | Edina PD | EHA016 | QMW | NTA758 |
| 086800A400 | 3/5/2007 | 5:39:33 | MN02706M1 | Edina PD | EHA019 | QMW | NTA758 |
| 084300D758 | 6/13/2007 | 22:50:45 | MN02706M1 | Edina PD | EHA012 | QMW | NTA758 |
| 086700060B8 | 4/6/2006 | 1:21:52 | MN02706M1 | Edina PD | EHA018 | QMW | NTA758 |

If possible, could you please tell me if the Edina Police Department ran either of the following two licenses plates between 1/1/2006 - 12/22/2011?

8637TN

NTA758