Mitchell 96 Hour Searches
Mitchell v. Aitkin County, et al., 13-2167

CONFIDENTIAL
Pursuant to Protective Order Dated August 5, 2016

1 of 1

| Esupport User Name | Esupport Full Name | Esupport StationID | Esupport Station Name | RequestIP_Name | Esupport Path | Access Day | Access Date | Access Type | Accessed Data | Accessed First Name | Accessed Last Name | Accessed City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| smulsdl0 | Donald Smulski | 5408 | Minneapolis PD | 170.159.228.36 - 170.159.228.3 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 11/9/2006 20:45 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| smulsdl0 | Donald Smulski | 5408 | Minneapolis PD | 170.159.228.36 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 11/9/2006 20:46 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 19396 | Ryan Schultz | 5000 | Edina PD | 156.142.117.37 - 156.142.117.3 | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 5/7/2009 23:05 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 14475 | Mark Melander | 5000 | Edina PD | 156.142.117.46 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 10/1/2009 23:13 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 14475 | Mark Melander | 5000 | Edina PD | 156.142.117.46 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 10/1/2009 23:44 | DLNumber | M5919 | DAWN | MITCHELL | MINNEAPOLIS |
| 14475 | Mark Melander | 5000 | Edina PD | 156.142.117.46 | /dvsinfo/dvsnewdl/CardData.asp | Thu | 10/1/2009 23:44 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 19396 | Ryan Schultz | 5000 | Edina PD | 156.142.117.37 - 156.142.117.3 | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 10/4/2009 22:46 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 19053 | Brian Hubbard | 5000 | Edina PD | 156.142.117.49 - 156.142.117.4 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/19/2010 18:44 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| gingemi0 | Marc Gingerich | | | 63.228.28.105 | /dvsinfo/dvsnewdl/CardData.asp | Sat | 9/25/2010 11:12 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| smulsdl0 | Donald Smulski | 5408 | Minneapolis PD | 170.159.228.36 - 170.159.228.3 | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 12/10/2010 23:05 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 19053 | Brian Hubbard | 5000 | Edina PD | 156.142.117.48 - 156.142.117.4 | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 9/6/2011 22:46 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 18571 | Douglas Wagner | 5000 | Edina PD | 156.142.117.48 - 156.142.117.4 | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 10/10/2011 11:54 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |
| 19318 | Paul Buell | 5000 | Edina PD | 156.142.117.43 - 156.142.117.4 | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 12/21/2011 0:01 | DLNumber | X7414 | DAWN | MITCHELL | MINNEAPOLIS |



EXHIBIT: 29
NAME: Edina
DATE: 6.19.17
Jane C. Norman, RPR