archiving.ftsmail.com/cgi-mod/index.cgi?auth_type=Local&et=1500673344&locale=en_US&pas | Message Archiver: Search

nline.com - ... | Best Television Agencies. ... | Best Television Agencies. ... | Best Television Agencies. ... | CaringBridge - Jack Jablo... | Page ▾ | Safety

- igs
- STs
- Dawn Mitchell.PST
  - Cabinet
  - Calendar
  - Checklist
  - Contacts
  - Deleted Items
  - Drafts
  - Inbox
  - Old Outlook Items
    - Calendar
    - Contacts
    - Drafts
    - Inbox
    - Notes
    - Outbox
    - Sent Items
    - Tasks
  - Outbox
  - Sent Items
  - Tasks
- rsonal Archive

| Date ▾ | S... | From | To/Cc | Subject |
|---|---|---|---|---|
| 2009-10-01 16:... | 47.6K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.9K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.5K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.9K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 6.2K | "Lori Fisher" <Lori.Fisher@FOXTV.COM> | "KMSP News Producers" <KMSPNewsP... | white font over video |
| 2009-10-01 16:... | 6.0K | "Lori Fisher" <Lori.Fisher@FOXTV.COM> | "KMSP News Producers" <KMSPNewsP... | white font over video |
| 2009-10-01 14:... | 16.9K | "Annie Hua" <annie.koolen@foxtv.com> | "KMSP News Producers" <KMSPNewsP... | FW: Vikings vs Packers rivalr... |
| 2009-10-01 14:... | 16.9K | "Annie Hua" <annie.koolen@foxtv.com> | "KMSP News Producers" <KMSPNewsP... | FW: Vikings vs Packers rivalr... |
| 2009-10-01 13:... | 2.7K | "Sarah Saeger" <Sarah.Saeger@FOXT... | "Dawn Mitchell" <Dawn.Mitchell@FOXT... | 1ST BLOCK HIT |
| 2009-10-01 11:... | 7.9K | "Josephson, David" <DavidJosephson@... | <carol.rueppel@foxtv.com>, <j.d.mayes... | Minnesota Twins Media Partn... |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.6K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.7K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.4K | "Tariq Khan" <IMCEAEX-_O=FOXTV_O... | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-09-30 23:... | 7.1K | "Tom Cousins" <Tom.Cousins@FOXTV.... | "KMSP Discrepancy Report PM" <KMSP... | FOX 9 News at 9 & 10 Discre... |
| 2009-09-30 23:... | 7.0K | "Tom Cousins" <Tom.Cousins@FOXTV.... | "KMSP Discrepancy Report PM" <KMSP... | FOX 9 News at 9 & 10 Discre... |
| 2009-09-30 23:... | 6.9K | "Tom Cousins" <Tom.Cousins@FOXTV.... | "KMSP Discrepancy Report PM" <KMSP... | FOX 9 News at 9 & 10 Discre... |
| 2009-09-30 23:... | 6.8K | "Tom Cousins" | "KMSP Discrepancy Report PM" <KMSP... | FOX 9 News at 9 & 10 Discre... |
| 2009-09-30 18:... | 6.3K | "Tom Cousins" <Tom.Cousins@FOXTV.... | "KMSP Discrepancy Report PM" <KMSP... | FOX at 5 Discrepancy Report |
| 2009-09-30 18:... | 6.3K | "Tom Cousins" <Tom.Cousins@FOXTV.... | "KMSP Discrepancy Report PM" <KMSP... | FOX at 5 Discrepancy Report |
| 2009-09-30 18:... | 6.2K | "Tom Cousins" | "KMSP Discrepancy Report PM" <KMSP... | FOX at 5 Discrepancy Report |
| 2009-09-30 15:... | 5.3K | "Doug Erlien" <Doug.Erlien@FOXTV.C... | "Kevin Myers" <Kevin.Myers@FOXTV.C... | RE: Adrian Peterson on Frida... |
| 2009-09-30 15:... | 5.2K | "Doug Erlien" <Doug.Erlien@FOXTV.C... | "Kevin Myers" <Kevin.Myers@FOXTV.C... | RE: Adrian Peterson on Frida... |
| 2009-09-30 15:... | 5.2K | "Doug Erlien" <Doug.Erlien@FOXTV.C... | "Kevin Myers" <Kevin.Myers@FOXTV.C... | RE: Adrian Peterson on Frida... |
| 2009-09-30 15:... | 5.2K | "Doug Erlien" <Doug.Erlien@FOXTV.C... | "Kevin Myers" <Kevin.Myers@FOXTV.C... | RE: Adrian Peterson on Frida... |
| 2009-09-30 15:... | 7.6K | "Dawn Mitchell" <Dawn.Mitchell@FOXT... | "Tom Lyden" <Tom.Lyden@FOXTV.COM> | RE: Number |
| 2009-09-30 15:... | 7.6K | "Dawn Mitchell" <Dawn.Mitchell@FOXT... | "Tom Lyden" <Tom.Lyden@FOXTV.COM> | RE: Number |
| 2009-09-30 14:... | 4.7K | "Dawn Mitchell" <Dawn.Mitchell@FOXT... | "Tom Lyden" <Tom.Lyden@FOXTV.COM> | RE: Number |

Subject: 1ST BLOCK HIT
Date: 2009-10-01 14:17:11
From: Sarah Saeger
To/Cc: Dawn Mitchell; Seth Kaplan +

View Sou

QUICK FIRST BLOCK HIT ON FAVRE TALKING FOR THE 1ST TIME ABOUT THI BORDER BATTLE. I HAVE YOU AT 5:02 1:15. THANKS!

Anchored evening shift

EXHIBIT: 103
NAME: Mitchell
DATE: 7.24.17
Jane C. Norman, RPR

://archiving.ftsmail.com/cgi-mod/index.cgi?auth_type=Local&et=1500673344&locale=en_US&pas | Message Archiver: Search

nline.com - ... | Best Television Agencies. ... | Best Television Agencies. ... | Best Television Agencies. ... | CaringBridge - Jack Jablo... | Page | Safety

ail | Date | on or before | 2010-01-07 | AND | Search | Basic

ail | Date | is equal to

earch

ms
Folder Items
igs
STs
Dawn Mitchell.PST
- Cabinet
- Calendar
- Checklist
- Contacts
- Deleted Items
- Drafts
- Inbox
- Old Outlook Items
  - Calendar
  - Contacts
  - Drafts
  - Inbox
  - Notes
  - Outbox
  - Sent Items
  - Tasks
- Outbox
- Sent Items
- Tasks
ersonal Archive

Resend to Me | Tools | View | Displaying 280

| Date | S... | From | To/Cc | Subject |
|---|---|---|---|---|
| 2009-10-01 17:... | 2.4K | "Bill Dallman" <Bill.Dallman@FOXTV.C... | "KMSP News Department" <KMSPNews... | Dennis Swanson Visit Oct. 12... |
| 2009-10-01 17:... | 2.3K | "Bill Dallman" <IMCEAEX-_O=FOXTV_... | "KMSP News Department" <KMSPNews... | Dennis Swanson Visit Oct. 12... |
| 2009-10-01 17:... | 2.4K | "Bill Dallman" <Bill.Dallman@FOXTV.C... | "KMSP News Department" <KMSPNews... | Dennis Swanson Visit Oct. 12... |
| 2009-10-01 17:... | 33.0K | "Kelly Huffman" <Kelly.Huffman@FOXT... | "KMSP News Department" <KMSPNews... | Twins Dome Farewell Plan |
| 2009-10-01 17:... | 33.0K | "Kelly Huffman" <Kelly.Huffman@FOXT... | "KMSP News Department" <KMSPNews... | Twins Dome Farewell Plan |
| 2009-10-01 17:... | 32.8K | "Kelly Huffman" <Kelly.Huffman@FOXT... | "KMSP News Department" <KMSPNews... | Twins Dome Farewell Plan |
| 2009-10-01 17:... | 32.8K | "Kelly Huffman" <Kelly.Huffman@FOXT... | "KMSP News Department" <KMSPNews... | Twins Dome Farewell Plan |
| 2009-10-01 17:... | 32.8K | "Kelly Huffman" <Kelly.Huffman@FOXT... | "KMSP News Department" <KMSPNews... | Twins Dome Farewell Plan |
| 2009-10-01 16:... | 47.7K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.7K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.6K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.9K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.5K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 47.9K | "Connie Boland" <Connie.Boland@FOX... | "KMSP Everyone Mail" <KMSPEveryone... | FW: October EOM |
| 2009-10-01 16:... | 6.2K | "Lori Fisher" <Lori.Fisher@FOXTV.COM> | "KMSP News Producers" <KMSPNewsP... | white font over video |
| 2009-10-01 16:... | 6.0K | "Lori Fisher" <Lori.Fisher@FOXTV.COM> | "KMSP News Producers" <KMSPNewsP... | white font over video |
| 2009-10-01 14:... | 16.9K | "Annie Hua" <annie.koolen@foxtv.com> | "KMSP News Producers" <KMSPNewsP... | FW: Vikings vs Packers rivalr... |
| 2009-10-01 14:... | 16.9K | "Annie Hua" <annie.koolen@foxtv.com> | "KMSP News Producers" <KMSPNewsP... | FW: Vikings vs Packers rivalr... |
| 2009-10-01 13:... | 2.7K | "Sarah Saeger" <Sarah.Saeger@FOXT... | "Dawn Mitchell" <Dawn.Mitchell@FOXT... | 1ST BLOCK HIT |
| 2009-10-01 11:... | 7.9K | "Josephson, David" <DavidJosephson@... | <carol.rueppel@foxtv.com>, <j.d.mayes... | Minnesota Twins Media Partn... |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.5K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |
| 2009-10-01 10:... | 12.6K | "Tariq Khan" <Tariq.Khan@FOXTV.COM> | "KMSP Everyone Mail" <KMSPEveryone... | Overnight Ratings/Intranet |

**Subject:** Twins Dome Farewell Plan
**Date:** 2009-10-01 18:40:16
**From:** Kelly Huffman
**To/Cc:** KMSP News Department; KMSP Engineering Managers

View Sou

Hello,

Attached you'll find the coverage plan for tl
Twins Farewell to the Dome, set for this Su

There'll obviously be some last minute chai
should the Twins be in a position to make t
playoffs or at least achieve a tie for the divi
lead on the last day.

Thanks to all for adjusting schedules to hel
win this story.

2009 twins farewell to dome.doc (30KB

(farewell to Dome was Sun. 10/04/09)

Kelly Huffman
[Resent from Archiver] Twins Dome Farewe
Hello,
Attached you'll find the coverage plan for t

I worked a double

MITCHELL 000441

[Resent from Archiver] Twins Dome Farewell Plan - Message (HTML)

Message | McAfee E-mail Scan

Ignore | Delete | Reply | Reply All | Forward | Meeting | More | Move to: ? | Team E-mail | Reply & Delete | To Manager | Done | Create New | Move | Rules | OneNote | Actions | Mark Unread | Categorize | Follow Up | Translate | Find | Related | Select | Zoom

Delete | Respond | Quick Steps | Move | Tags | Editing | Zoom

From: Kelly Huffman <Kelly.Huffman@FOXTV.COM>

To: KMSP ~~News Department~~; KMSP Engineering Managers DL

Cc:

Subject: [Resent from Archiver] Twins Dome Farewell Plan

Message | 2009 twins farewell to dome.doc (30 KB)

Sent: Fri 7/21/2017 11:20 PM

Hello,

Attached you'll find the coverage plan for the Twins Farewell to the Dome, set for this Sunday.

There'll obviously be some last minute changes should the Twins be in a position to make the playoffs or at least achieve a tie for the division lead on the last day.

Thanks to all for adjusting schedules to help us win this story.

Kelly Huffman

11:35 PM 7/21/2017



- after being live @ Ballpark all day → did nightside story from newsroom for late shows. "Live cam 4" is in Fox 9 newsroom

ıet Explorer

ıt%20Time)&header_barracuda_delivery_date=1254705807&source=422644&scrollbars=yes&resizable=yes

nks!
-04 21:23:27
solt
(aplan; Ryan Rabin; Rob Olson; Tomoko
y; Tim Blotz +

View Source

ave been there for most of the Top 100.. so thanks from me for letting me be in on another Metrodome Memory!
!

---

ber 04, 2009 6:31 PM
ɔb Olson; Tomoko Townsley; Tim Blotz; Scott Wasserman; Jim Rich; Dawn Mitchell; Jeff Passolt; Marni Hughes; Jeff Shay; Robert King
:s!

ʀyan who put in some long hours to make sure the pre and post game shows (and Memories show) went smoothly and looked as good as they did... nice job everyone!

---

ber 04, 2009 6:15 PM
noko Townsley; Tim Blotz; Scott Wasserman; Seth Kaplan; Jim Rich; Dawn Mitchell; Jeff Passolt; Marni Hughes; Jeff Shay; Robert King

n the Twins Special, thank you for all your hard work. I know I've annoyed some of you more than others about getting stuff done for this, but I truly appreciate everyone's hard work.

ıries from Rob/Tomoko, Scott/Doug, Tim Blotz and Seth Kaplan. Jeff Shay edited two packages and did a tremendous job on both of them! As always a great job by the talent, Jeff, Marni, Jim and Dawn.

ıryone else I forgot to mention.

MITCHELL 000444

ISP

**Sunday, October 4th, 2009**
**Twins-Pre and Post Game Shows on MY 29:**

*** This is, in essence, an hour long pre-game show, followed by the Twins-Royal's game, followed by an open-ended post-game show dominated by a ceremony by the Twins saying good bye to the Dome.

**"Metrodome Memories" Noon-12:30**: ~~Coverage begins at noon, with a "Dome Memories"~~ special anchored from the Dome by Jeff Passolt, Jim Rich and Dawn Mitchell. It features several pre-produced packages and live guests.

**"Dome Farewell" 12:30p-1pm**: Our live coverage continues with the same crews in place as we turn our emphasis to ~~today's final game and the match up~~ itself. It again features Jeff and Jim outside the Dome with Dawn from 3rd place line. We'll have Scott Wasserman talking to arriving fans, ~~an as we get closer to airtime~~ join on field pre-game festivities.

**"Twins-Royals":** At 1pm our normal MY 29 game broadcast begins.

**"Dome Farewell"**: immediately following the game. The Twins in conjunction with FOX Sports Net have a produced ceremony using a stage on the field and multiple cameras, with nearly two dozen of the biggest names from the Twins Dome years participating. We anchor our coverage from the studio with Jeff Passolt and Marni Hughes; again, the vast majority of this event will come from a multiple camera/switched pool feed operated by FSN.

**POSITIONS:**

**Jeff/Jim and guests: LIVE on Dome set** — **VAN 9**
(Cameras: Spencer Driskill, Josh Grenier)
(Guests-see below)

**Dawn/Nate: LIVE on Twins 3rd base line** — **VAN 10**
Live and taped interviews w/players
Cabled enough for inside locker room

**Vince: LIVE-near Lockeroom** — **VAN 10**
Guests of post-game ceremony to appear TBA

**Scott/Jamie: LIVE on the Plaza w/fans** — **VAN 9**
Live w/fans

**FSN Multi-Camera Pool Feed**
POSTGAME ceremony only

**ELEMENTS: (can be used in both post game and 5pm)**

PKG: "Dome History": Scott/Scott
PKG: "Best Twins Moments in Dome" Jim/spx
PKG: "Never missed a home opener" Rob/Tomoko
PKG "Fallen Twins heroes" Tim/editor
SOTs: Top Metrodome Memories bumps: Ryan R/Editors/FSN
SOT's: Other famous Minnesotans/Twins memories

**PRE GAME GUESTS**

GUEST: Kent Hrbek, former Twin
GUEST: Jerry Bell, MN Twins/Pohlad family

**POSTGAME CEREMONY INFO:**

- Postgame - A special hour-long post-game ceremony will celebrate the great players and moments of the Twins 28-year run in the Metrodome.
    - Members of the All-Metrodome team, World Series teams (1987, 1991) and Division Championship teams (2002, 2003, 2004, 2006) will be celebrated on the field during the ceremony.
    - Players and managers to be celebrated include Rick Aguilera, Juan Berenguer, Bert Blyleven, Tom Brunansky, Randy Bush, Ron Coomer, Marty Cordova, Chili Davis, Ron Davis, Scott Erickson, Howard Fox, Gary Gaetti, Greg Gagne, Dan Gladden, Denny Hocking, Kent Hrbek, Jacque Jones, Tom Kelly, Corey Koskie, Gene Larkin, Tim Laudner, Matthew LeCroy, Scott Leius, Steve Lombardozzi, Paul Molitor, Jack Morris, Al Newman, Mike Pagliarulo, Brad Radke, Terry Ryan, Roy Smalley, Terry Steinbach, Kevin Tapani and Frank Viola.

**IN HOUSE EDITORS**: as needed, Jeff Shay, Jared Rose

**ROVER CAM**: (lockeroom post, etc) Brian Wiedke

**PRODUCERS**: Ryan Rablin, Seth Kaplan

I was reporter in lockerroom as well as reporter for nightside shows.

MITCHELL 000446



Email | Date | is equal to | 2010-07-19 | Search | Basic

Save Search

All Items
All Folder Items
Tags
PSTs
Dawn Mitchell.PS
Personal Archive

Resend to Me Tools View

Displaying 1 - 38

| Date | Si... | From | To/Cc | Subject |
|---|---|---|---|---|
| 2010-07-19 20:5... | 2.9K | "Nate Zinnel" <Nate.Zinnel@FOXTV.COM> | "Dawn Mitchell" <Dawn.Mitchell@FOXTV.... | Beep Baseball |
| 2010-07-19 23:2... | 4.0K | "Mary Costello" <IMCEAEX-_O=FOXTV_O... | "Tom Lyden" <Tom.Lyden@FOXTV.COM>... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 23:2... | 4.0K | "Mary Costello" <IMCEAEX-_O=FOXTV_O... | "Tom Lyden" <Tom.Lyden@FOXTV.COM>... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 23:2... | 4.0K | "Mary Costello" <IMCEAEX-_O=FOXTV_O... | "Tom Lyden" <Tom.Lyden@FOXTV.COM>... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 23:2... | 4.0K | "Mary Costello" <IMCEAEX-_O=FOXTV_O... | "Tom Lyden" <Tom.Lyden@FOXTV.COM>... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 23:2... | 4.1K | "Mary Costello" <IMCEAEX-_O=FOXTV_O... | "Tom Lyden" <Tom.Lyden@FOXTV.COM>... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 22:5... | 4.1K | "Bill Smith" <IMCEAEX-_O=FOXTV_OU=F... | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News At 10 DR Report |
| 2010-07-19 22:5... | 4.2K | "Bill Smith" <IMCEAEX-_O=FOXTV_OU=F... | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News At 10 DR Report |
| 2010-07-19 22:5... | 4.2K | "Bill Smith" <IMCEAEX-_O=FOXTV_OU=F... | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News At 10 DR Report |
| 2010-07-19 17:5... | 4.4K | "Steve Stark" <Steve.Stark@FOXTV.COM> | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 5 Discrepancy... |
| 2010-07-19 17:5... | 4.4K | "Steve Stark" <Steve.Stark@FOXTV.COM> | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 5 Discrepancy... |
| 2010-07-19 17:5... | 4.4K | "Steve Stark" <Steve.Stark@FOXTV.COM> | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 5 Discrepancy... |
| 2010-07-19 15:3... | 5.3K | "Kelly Huffman" <Kelly.Huffman@FOXTV.... | "Dawn Mitchell" <Dawn.Mitchell@FOXTV ... | RE: thank you |
| 2010-07-19 22:3... | 5.8K | "Tom Cousins" | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 9 Discrepancy... |
| 2010-07-19 22:3... | 5.9K | "Tom Cousins" <Tom.Cousins@FOXTV.C... | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 9 Discrepancy... |
| 2010-07-19 22:3... | 5.9K | "Tom Cousins" <Tom.Cousins@FOXTV.C... | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 9 Discrepancy... |
| 2010-07-19 22:3... | 5.9K | "Tom Cousins" <Tom.Cousins@FOXTV.C... | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 9 Discrepancy... |
| 2010-07-19 22:3... | 5.9K | "Tom Cousins" <Tom.Cousins@FOXTV.C... | "KMSP Discrepancy Report PM" <KMSPDI... | FOX 9 News at 9 Discrepancy... |
| 2010-07-19 23:0... | 7.0K | "Tom Lyden" <Tom.Lyden@FOXTV.COM> | "Bill Smith" <Bill.Smith@FOXTV.COM>, "K... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 23:0... | 7.0K | "Tom Lyden" <Tom.Lyden@FOXTV.COM> | "Bill Smith" <Bill.Smith@FOXTV.COM>, "K... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 23:0... | 7.0K | "Tom Lyden" <Tom.Lyden@FOXTV.COM> | "Bill Smith" <Bill.Smith@FOXTV.COM>, "K... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 23:0... | 7.0K | "Tom Lyden" <Tom.Lyden@FOXTV.COM> | "Bill Smith" <Bill.Smith@FOXTV.COM>, "K... | RE: FOX 9 News At 10 DR Report |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |
| 2010-07-19 11:5... | 7.5K | "Bill Dallman" <IMCEAEX-_O=FOXTV_OU... | "KMSP News Department" <KMSPNewsDe... | Saturday Web Numbers! |

Subject: Beep Baseball
Date: 2010-07-19 21:59:00
From: Nate Zinnel
To/Cc: Dawn Mitchell

Help

View Source

There is a sequence in media manager called Beep Baseball RAW 7-18. The actual game didn't start until about 15 mintues before I had to leave to get to the station to work on the postgame show...but I did get video of them taking batting practice and fielding practice and also the beginning part of the game. Some pretty good stuff. If you want to take a look at it...feel free. I will plan to go and get sound on Saturday...and you can decide if you want/can go or not.

Hope it all works out for you.

Nate

Reporting stuff
Beep Baseball

11:33 PM 7/21/2017

DAWN M MITCHELL Account [redacted] p. 4/12

**Detail Continued** *Indicates posting date

| | | Amount |
|---|---|---|
| 07/19/10 | TARGET STORES 260 02MINNEAPOLIS<br>DISCOUNT STORE | $43.68 |
| 07/19/10 | DINO'S THE GREEK P SEDINA<br>6128666363<br>FOOD/BEVERAGE $6.00 | $6.00 |

Continued on next page

AMERICAN EXPRESS

**Rewards Plus Gold Card**

DAWN M MITCHELL
Closing Date 10/07/11

Account

| | | Amount |
|---|---|---|
| 09/06/11 | QDOBA MEXICAN GRILL-EDEN PRAIRIE MN<br>888-497-3622<br>Description<br>FAST FOOD REST | $8.35 |
| 09/06/11 | Joby Inc 10892959221San Francisco CA<br>8885695629 | $64.95 |
| 09/06/11 | COMCAST CABLE COMM 800-COMCAST MN<br>CABLE SVS | $65.50 |

Continued on reverse



**Rewards Plus Gold Card**

p. 3/14

DAWN M MITCHELL
Closing Date 11/06/11

Account

| | | |
|---|---|---|
| 10/10/11 | VZW APO VZWRLSS*APOCC<br>VZWRLSS*APOCC<br>SIGN & TRAVEL* / EXTENDED PAYMENT OPTION | $128.16 ♦ |
| 10/10/11 | JCPENNEY STORE 2925 EDEN PRAIRIE MN<br>DEPARTMENT STORE<br>Description<br>COLOR | $38.62 |
| 10/10/11 | HOLIDAY STNSTORE 040EDEN PRAIRIE MN<br>(952)921-5211 | $34.79 |
| 10/10/11 | BEAUJOS 650000001989EDINA MN<br>9529228974<br>TIP $10.00 | $40.05 |

Continued on reverse

 **Rewards Plus Gold Card**

DAWN M MITCHELL
Closing Date 01/06/12

Account

**Detail Continued**

♦ - denotes Pay Over Time activity

| Date | Description | | Amount |
|---|---|---|---|
| 12/20/11 | DIRECTV SERVICE 800-347-3288 CA<br>TV SERVICE | | $78.11 |
| 12/20/11 | GENERAL STORE OF M SMINNETONKA MN<br>9529357131<br>Description Price<br>GIFT, NOVELTY STORE $79.36 | | $79.36 |
| 12/20/11 | ROSA MEXICANO - MINNMINNEAPOLIS MN<br>609 HENNEPIN AVE MINNEAP<br>FOOD/BEVERAGE<br>TIP | <br><br>$23.45<br>$4.00 | $27.45 |

Continued on reverse