UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dawn Mitchell,
        Plaintiff,

v.                                      Case No. 13-cv-2167 (JNE/FLN)

Aitkin County, et al.,
        Defendant(s).

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motion:

    *Defendant City of Edina's Motion for Summary Judgment*    *(ECF 163)*

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 199 | Confidential portions of Deposition of Dawn Mitchell (Ex. J-2 to Miller-Van Oort Declaration) | | | | N/A | Document is designated as confidential under a protective order issued in this case (Dkt. No. 144). |
| 200 | Confidential portions of Deposition of Jeff Elasky (Ex. K-2 to Miller-Van Oort Declaration) | | | | N/A | Document is designated as confidential under a protective order issued in this case (Dkt. No. 144). |

Dated: November 16, 2017	SAPIENTIA LAW GROUP PLLC

s/Jonathan A. Strauss
Jonathan A. Strauss (#279602)
Lorenz F. Fett, Jr. (#196769)
Sonia Miller-Van Oort (#278087)
Robin M. Wolpert (#0310219)
120 South 6th St, Suite 100
Minneapolis, MN 55402
Phone: (612) 756-7100
Fax: (612) 756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com
robinw@sapientialaw.com

and

SIEBENCAREY, PA
Susan M. Holden (#189844)
Jeffrey M. Montpetit (#0291249)
Marcia K. Miller (#032162X)
901 Marquette Avenue, Suite 500
Minneapolis, MN 55402-3205
Phone: (612) 333-4500
Fax: (612) 333-5970
Susan.Holden@knowyourrights.com
Jeffrey.Montpetit@knowyourrights.com
Marcia.Miller@knowyourrights.com

*Attorneys for Plaintiff Dawn Mitchell*

Dated: November 16, 2017                    HELEY, DUNCAN & MELANDER, PLLP

s/Mark P. Hodkinson
Mark P. Hodkinson (#159189)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
Phone: (952) 841-2506
Fax: (952) 841-0041
mhodkinson@heleyduncan.com

*Attorneys for Defendant City of Edina*
