## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dawn Mitchell, | Case No. 13-CV-2167 (JNE/FLN) |
| Plaintiff, | |
| v. | **STIPULATION** |
| Aitkin County, *et al.*, | |
| Defendants. | |

Plaintiff and the City of Edina, through their respective counsel, hereby stipulate and agree that Plaintiff's claims against the City of Edina, and any of its named or unnamed employees, related to punitive damages under the Driver's Privacy Protection Act, 18 U.S.C. § 2724(b)(2), are hereby dismissed with prejudice and without any costs to any party.

By this Stipulation, the parties stipulate and agree that Plaintiff neither waives nor dismisses any other claims against the City of Edina, and the City of Edina does not waive any of its rights or defenses.

|  |  |
|---|---|
|  | **SAPIENTIA LAW GROUP, PLLC** |
| Dated: November 27, 2017 | s/Jonathan A. Strauss<br>Lorenz F. Fett, Jr. (#196769)<br>Jonathan A Strauss (#279602)<br>Sonia Miller-Van Oort (#278087)<br>120 South 6th St., Suite 100<br>Minneapolis, MN 55402<br>Phone: (612) 756-7100<br>Fax: (612) 756-7101<br>larryf@sapientialaw.com<br>jons@sapientialaw.com<br>soniamv@sapientialaw.com |
|  | and |
|  | **SIEBEN CAREY, PA** |
|  | Susan M. Holden (#0189844)<br>Jeffrey M. Montpetit (#0291249)<br>Marcia M. Miller (#032162X)<br>901 Marquette Avenue, Suite 500<br>Minneapolis, MN 55402<br>Phone: (612) 333-4500<br>Susan.holden@knowyourrights.com<br>Jeffrey.montpetit@knowyourrights.com<br>Marcia.miller@knowyourrights.com |
|  | ***ATTORNEYS FOR PLAINTIFF DAWN MITCHELL*** |

**HELEY, DUNCAN & MELANDER, PLLP**

Dated:   November 27, 2017

s/Mark P. Hodkinson
Mark P. Hodkinson (#159189)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
Phone: (952) 841-2506
Fax: (952) 841-0041
mhodkinson@heleyduncan.com

***ATTORNEY FOR DEFENDANT CITY OF EDINA***